

# NUMBER 13-09-00603-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE: STEPHEN P. CARRIGAN
### AND THE CARRIGAN LAW FIRM, LLP

### On Relators' Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Relators, Stephen P. Carrigan and The Carrigan Law Firm, LLP, have filed a petition for writ of mandamus with this Court alleging that respondent, the Honorable Lisa Gonzales, presiding judge of the County Court at Law Number Two of Nueces County, Texas, abused her discretion by setting a trial date of November 9, 2009 in trial court cause number 2008-60805-2, styled *Robert C. Hilliard and Hilliard and Munoz, LLP v. Stephen P. Carrigan and The Carrigan Law Firm, LLP*. On November 2, 2009, we ordered all underlying proceedings stayed and requested a response from the real parties in interest, Robert C. Hilliard and Hilliard and Munoz, LLP. The real parties in interest filed such a response on November 4, 2009.

This Court, having examined and fully considered the petition for writ of mandamus and response thereto, is of the opinion that relators have not shown themselves entitled to the relief sought and the petition should be denied. *See* Tex. R. App. P. 52.8(a). Accordingly, the petition for writ of mandamus is DENIED. Further, the emergency stay of proceedings previously imposed by this Court in trial court cause number 2008-60805-2 is hereby LIFTED.

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of November, 2009.